IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT ROZMIAREK, | **8:17CV353** |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| WALMART STORES, INC., | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation to Dismiss with Prejudice, ECF No. 46. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1.      The Stipulation to Dismiss with Prejudice, ECF No. 46, is approved;

2.      The above-captioned action is dismissed, with prejudice; and

4.      The Court will not assess costs or attorney's fees.


Dated this 13th day of November, 2018.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge